**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-1215**

---

BRENT CLARK,

   Plaintiff - Appellant,

  v.

DOCTOR VIBEKE DANKWA; PATRICIA CORBIN, PA-C, sued in their individual capacities,

   Defendants - Appellees.

---

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg.  Thomas S. Kleeh, Chief District Judge.  (1:24-cv-00017-TSK-MJA)

---

Submitted:  May 22, 2025           Decided:  May 28, 2025

---

Before KING, AGEE, and WYNN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Brent Edward Clark, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brent Edward Clark appeals the district court's order accepting the recommendation of the magistrate judge and granting Defendants' motion to dismiss with prejudice his various tort claims alleging that he received inadequate medical treatment while incarcerated at FCI Morgantown. We have reviewed the record and find no reversible error in the district court's determination that Clark's claims are barred by various doctrines including the Federal Tort Claims Act's judgment bar, principles of res judicata, and the applicable statute of limitations. Accordingly, we affirm the district court's order. *Clark v. Dankwa*, No. 1:24-cv-00017-TSK-MJA (N.D.W. Va. Feb. 20, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*